# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA,
DEPARTMENT OF CHILDREN
SERVICES, SERVICES OF CHILD
SUPPORT ENFORCEMENT, IN THE
INTEREST OF GLENDA SPEIGHTS

NO.   2019 CW 1338

VERSUS

JAN 0 6 2020

KELTON L. SPANN

---

In Re:   Kelton L. Spann, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No.
         97104.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.**  The trial court's May 22, 2019
order denying in forma pauperis status to relator, Kelton Spann,
is vacated.  It appears the trial court previously granted in
forma pauperis status to relator on December 12, 2017.  While
such status can be reconsidered or revoked by the trial court,
it must be done in a contradictory hearing.  La. Code Civ. P.
art. 5183.  This matter is remanded to the trial court for
consideration of relator's request for in forma pauperis status
in a contradictory hearing.

                         **VGW**
                         **JMG**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT